# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| AMANDA LYNN DAUGHERTY, | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 9:21-CV-00066-MJT |
| v. | § | |
| EDWARD D. JONES & COMPANY, L.P., | § | JUDGE MICHAEL TRUNCALE |
| *Defendant*. | § | |

## **FINAL JUDGMENT**

On June 16, 2022, the Court granted Defendant's Motion for Summary Judgment. [Dkt. 29]. On June 29, Plaintiff filed her Motion for Relief Under 60(b)(1&6) and 6(b)(1)(B) on Order Granting Summary Judgment and To Lengthen Time to Respond. [Dkt. 30]. The Court denied this Motion. [Dkt. 33]. Final Judgment shall be entered in favor of Defendant, Edward D. Jones & Company, L.P.

It is therefore ORDERED, ADJUDGED and DECREED that the Court hereby RENDERS JUDGMENT AGAINST Plaintiff as to all claims that Plaintiff asserted, or could have asserted, against Defendant in this lawsuit. All relief not previously granted is hereby DENIED.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff take nothing in this action against Defendant.

It is further ORDERED, ADJUDGED and DECREED that all pending motions in this matter be DENIED as moot and that all court dates and pending deadlines are hereby vacated.

It is further ORDERED, ADJUDGED and DECREED that all costs of suit are taxed against the party incurring the same. *See* [Dkt. 34].

The Court ORDERS the clerk to enter this Final Judgment for Defendant, Edward D. Jones & Company, L.P.

**SIGNED this 22nd day of July, 2022.**

_____
Michael J. Truncale
United States District Judge